IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

JUAN SANCHEZ,

    Plaintiff,

v.

WESLEY SMITH DALLAS, WESLEY SMITH DALLAS d/b/a DALLAS TRUCKING, CLINTON DORRIS, CLINTON DORRIS a/k/a HOMER CLINTON DORRIS, and CLINTON DORRIS d/b/a EVERY SAVINGS POSSIBLE

    Defendants.

JUDGE CEDARBAUM

08 CV 0055

Docket No.

RULE 7.1 STATEMENT

RECEIVED JAN 03 2008 U.S.D.C. S.D. N.Y. CASHIERS

    CHARLES W. KREINES, a member of the firm of NEWMAN FITCH ALTHEIM MYERS, P.C., attorneys for defendants makes the following disclosure to the Court pursuant to Local General Rule 7.1 of the Local Rules for the Southern and Eastern Districts of New York.

    Upon information and belief DALLAS TRUCKING and EVERY SAVINGS POSSIBLE are not corporations but merely unincorporated business names utilized, at times, by

the individual answering defendants.

Dated: New York, New York
       January 3, 2008

Respectfully submitted,

NEWMAN FITCH ALTHEIM MYERS, P.C.
Attorneys for Defendants
WESLEY SMITH DALLAS s/h/a WESLEY
SMITH DALLAS and WESLEY SMITH
DALLAS d/b/a DALLAS TRUCKING, and
HOMER CLINTON DORRIS s/h/a
CLINTON DORRIS and CLINTON DORRIS
a/k/a HOMER CLINTON DORRIS and
CLINTON DORRIS d/b/a EVERY SAVINGS
POSSIBLE

By: _____
CHARLES W. KREINES [8357]
14 Wall Street - 22nd Floor
New York, New York 10005-2101
Telephone: (212) 619-4350
Our Ref. No.: CI 16433

TO:   MICHAEL S. MURPHY
       Attorneys for Plaintiff
       JUAN SANCHEZ
       25-28 Broadway
       Astoria, New York 11106
       (718) 267-1717

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         :ss:
COUNTY OF NEW YORK       )

LISA ANN RAO, being duly sworn, deposes and says:

I am not a party to this action, I am over 18 years of age and I reside at Richmond County, New York.

On January 4, 2008, I served the within **RULE 7.1 STATEMENT** upon the attorneys listed below at the address designated by said attorneys and for that purpose by depositing a true copy of same enclosed in a postpaid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

TO: MICHAEL S. MURPHY
Attorneys for Plaintiff
JUAN SANCHEZ
25-28 Broadway
Astoria, New York 11106
(718) 267-1717

LISA ANN RAO

Sworn to before me this
4th day of January, 2008

_____
Notary Public
Charles W. Kreines
Notary Public, State of New York
No. 24-4800077
Qualified in Kings County
Commission Expires December 31, 2009

*NCI 16433*

Index No.        Year              RJI No.          Hon.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

JUAN SANCHEZ,

                        Plaintiff,

-against-

WESLEY SMITH DALLAS, WESLEY SMITH DALLAS d/b/a
DALLAS TRUCKING, CLINTON DORRIS, CLINTON DORRIS
a/k/a HOMER CLINTON DORRIS, and CLINTON DORRIS d/b/a
EVERY SAVINGS POSSIBLE,

                        Defendants.

### *RULE 7.1 STATEMENT*

NEWMAN FITCH ALTHEIM MYERS, P.C.
*Attorneys for* **DEFENDANTS**
*Office and Post Office Address, Telephone*
14 WALL STREET
NEW YORK, N.Y. 10005-2101
(212) 619-4350

To                                                            Signature (Rule 130-1.1-a)

                                                                                      Print name beneath

Attorney(s) for

Service of a copy of the within                                       is hereby admitted.
Dated,
                                            Attorney(s) for

Please take notice

☐ **NOTICE OF ENTRY**
that the within is a (*certified*) true copy of a
duly entered in the office of the clerk of the within named court on

☐ **NOTICE OF SETTLEMENT**
that an order                                           of which the within is a true copy will be presented for
settlement to the HON.                                                          one of the judges
of the within named court, at
on                                 at                      M

Dated,                                            Yours, etc.
                                       NEWMAN FITCH ALTHEIM MYERS, P.C.
                                       *Attorneys for*
To                                              *Office and Post Office Address*
                                       14 WALL STREET
Attorney(s) for                                  NEW YORK, N.Y. 10005-2101