IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JUAN SANCHEZ, | Judge Cedarbaum |
| Plaintiff, | |
| v. | Docket No.: 08 CV 0055 |
| WESLEY SMITH DALLAS, WESLEY SMITH DALLAS d/b/a DALLAS TRUCKING, CLINTON DORRIS, CLINTON DORRIS a/k/a HOMER CLINTON DORRIS, and CLINTON DORRIS d/b/a EVERY SAVINGS POSSIBLE | DEMAND FOR TRIAL BY JURY |
| Defendants. | |

S I R S :

**PLEASE TAKE NOTICE,** that the undersigned demands a trial by a jury in the above-entitled action.

Dated: New York, New York
       January 15, 2008

Respectfully submitted,

NEWMAN FITCH ALTHEIM MYERS, P.C.
Attorneys for Defendants
WESLEY SMITH DALLAS s/h/a WESLEY
SMITH DALLAS, WESLEY SMITH
DALLAS d/b/a DALLAS TRUCKING, and
HOMER CLINTON DORRIS s/h/a
CLINTON DORRIS, CLINTON DORRIS
a/k/a HOMER CLINTON DORRIS, and
CLINTON DORRIS d/b/a EVERY SAVINGS
POSSIBLE

s/Charles W. Kreines
CHARLES W. KREINES
14 Wall Street - 22nd Floor
New York, New York 10005-2101
Telephone: (212) 619-4350
Our Ref. No.: CI 16433

TO:   MICHAEL S. MURPHY

Attorneys for Plaintiff
JUAN SANCHEZ
25-28 Broadway
Astoria, New York 11106
(718) 267-1717

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that the Demand for Trial By Jury has been served on the attorney for plaintiff at the following last-known address:

>MICHAEL S. MURPHY
>Attorneys for Plaintiff
>JUAN SANCHEZ
>25-28 Broadway
>Astoria, New York 11106
>(718) 267-1717

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

>s/Charles W. Kreines
>CHARLES W. KREINES [8357]

Dated: January 15, 2008