UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
JUAN SANCHEZ

                               *Plaintiff,*

            *-against-*

WESLEY SMITH DALLAS, WESLEY SMITH
DALLAS d/b/a DALLAS TRUCKING, CLINTON
DORRIS, CLINTON DORRIS a/k/a HOMER
CLINTON DORRIS, and CLINTON DORRIS
d/b/a EVERY SAVINGS POSSIBLE

                               *Defendants.*
-------------------------------------------------------------------X

08 CV 0055

NOTICE OF MOTION
TO REMAND

Judge Cedarbaum

PLEASE TAKE NOTICE, that upon the annexed affirmation of LARRY DORMAN, dated February 4, 2008, the exhibits annexed thereto and upon all the pleadings and prior proceedings had herein, the plaintiff will move this Court at the Courthouse, located at 500 Pearl Street, New York, New York, before the Honorable Miriam Goldman Cedarbaum, United States District Judge, on the 28th day of February, 2008, at 9:30 a.m., or as soon thereafter as counsel can be heard for an Order, remanding this action to the Supreme Court of Bronx County, pursuant to 28 U.S.C. 1447.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:    Astoria, New York
             February 4, 2008

           Respectfully submitted,

           _____
           LARRY DORMAN (LD 0520)
           MICHAEL S. MURPHY
           *Attorneys for Plaintiff*
           25-28 Broadway
           Astoria, New York 11106
           (718) 267-1717
           (718) 205-5565 (fax)

TO:  Charles W. Kreines, Esq.
      NEWMAN FITCH ALTHEIM MEYERS, P.C.
      *Attorneys for Defendants*
      14 Wall Street - 22nd Floor
      New York, New York 10005-2101
      (212) 619-4350