UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

JUAN SANCHEZ

                         *Plaintiff,*

       -against-

WESLEY SMITH DALLAS, WESLEY SMITH
DALLAS d/b/a DALLAS TRUCKING, CLINTON
DORRIS, CLINTON DORRIS a/k/a HOMER
CLINTON DORRIS, and CLINTON DORRIS
d/b/a EVERY SAVINGS POSSIBLE

                         *Defendants.*
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/10/08

08 CV 0055 (MGC)

NOTICE OF MOTION
TO REMAND

Judge Cedarbaum

**MEMO ENDORSED**

       PLEASE TAKE NOTICE, that upon the annexed affirmation of LARRY DORMAN, dated February 4, 2008, the exhibits annexed thereto and upon all the pleadings and prior proceedings had herein, the plaintiff will move this Court at the Courthouse, located at 500 Pearl Street, New York, New York, before the Honorable Miriam Goldman Cedarbaum, United States District Judge, on the 28th day of February, 2008, at 9:30 a.m., or as soon thereafter as counsel can be heard for an Order, remanding this action to the Supreme Court of Bronx County, pursuant to 28 U.S.C. 1447.

       I declare under penalty of perjury that the foregoing is true and correct.

Dated:     Astoria, New York
               February 4, 2008

*[Handwritten endorsement:]* For oral opinion, see record of proceedings. Motion granted. The Clerk is directed to send all papers back to the Supreme Court of Bronx County as soon as possible. So ordered.
March 6, 2008
/s/ United States District Judge